DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LARRY DONNELL JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00272 LJO |
| Plaintiff, | STIPULATION PERMITTING DEFENDANT TO TRAVEL TO SAN FRANCISCO; AND ] ORDER |
| v. | |
| LARRY DONNELL JONES, | |
| Defendants. | Judge: Hon. Sandra M. Snyder |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that

Larry Donnell Jones be permitted to travel to San Francisco, California from Anchorage, Alaska on May

17, 2008, and return to Anchorage, Alaska, on May 22, 2008.  Mr. Jones will reside at the Westin San

Francisco Market Street, 50 Third Street, San Francisco (415) 974-6400.  Mr. Jones is permitted to travel

///

///

///

///

///

///

///

to attend an employment-related seminar.  Pre-Trial Services in this District has no objection to the

proposed travel. All other conditions of release are in full force and effect.


                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: May 14, 2008                By:    /s/  Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: May 14, 2008                By:    /s/  Melody M. Walcott
                                        MELODY M. WALCOTT for Robert
                                        Rainwater
                                        Assistant Federal Defender
                                        Attorneys for Defendant


                                    **ORDER**

    Larry Donnell Jones is hereby permitted to travel from his residence in Anchorage, Alaska on

May 17, 2008, for an employment related seminar, and to return to Anchorage, Alaska, on May 22, 2008.

All other conditions of release are in full force and effect.

IT IS SO ORDERED.

**Dated:    May 15, 2008**                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE