ROBERT W. RAINWATER, CA. Bar No. 67212
Rainwater Law Group
Designated Counsel for Service
1430 Willamette Street, Suite 492
Eugene, Oregon 97401-4049
Telephone: (541) 344-1785

Counsel for Defendant
LARRY DONNELL JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>LARRY DONNELL JONES,<br><br>    *Defendant*. | NO. 1:07-CR-00272 LJO<br><br>STIPULATION TO CONTINUE SENTENCIN HEARING, AND ORDER THEREON<br><br>Date: July 17, 2009<br>Time: 9:00 a.m.<br>Judge: Honorable Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the hearing on the sentencing in the above entitled matter, as to defendant Larry Jones only, previously set for May 4, 2009 at 8:30 a.m., be continued to **July 17, 2009, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant and the government time for further preparation. Mr. Jones plea agreement contains a cooperation agreement which needs to be

completed before he can be sentenced. It is both parties best estimate, at this time, that a hearing on July 17, 2009 would allow the necessary time in order to comply with the plea agreement and be prepared for a sentencing hearing.

///

LAWRENCE G. BROWN  
Acting United States Attorney

DATED: April 22, 2009          By:   /s/ Stanley A. Boone  
                                              STANLEY A. BOONE  
                                              Assistant U.S. Attorney  
                                              Attorney for Plaintiff

DATED: April 22, 2009          By:   /s/ Robert W. Rainwater  
                                              ROBERT W. RAINWATER  
                                              Assistant Federal Defender  
                                              Attorney for Defendant  
                                              Larry Donnell Jones

## ORDER

Concerning the sentencing of Larry Donnell Jones, and for the reasons stated above, the Court finds that the ends of justice are served by the continuance of the sentencing hearing as requested.

IT IS SO ORDERED.

**Dated:   April 22, 2009**                    /s/ Lawrence J. O'Neill  
                                          UNITED STATES DISTRICT JUDGE