1  ROBERT W. RAINWATER, CA. Bar No. 67212
   Rainwater Law Group
2  Designated Counsel for Service
   1430 Willamette Street, Suite 492
3  Eugene, Oregon 97401-4049
   Telephone: (541) 344-1785
4
   Attorney for Defendant
5  LARRY DONNELL JONES

6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,           )   NO. 1:07-cr-00272 LJO
12                                     )
              Plaintiff,               )   STIPULATION PERMITTING DEFENDANT
13                                     )   TO TRAVEL TO ARKANSAS; AND ORDER
        v.                             )
14                                     )
   LARRY DONNELL JONES,                )
15                                     )
              Defendant.               )   Judge: Hon. Sandra M. Snyder
16                                     )
   _____ )
17

18      **IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that

19 Larry Donnell Jones be permitted to travel to Arkansas from Anchorage, Alaska on June 30, 2009 and

20 return to Anchorage, Alaska, on July 6, 2009. Mr. Jones will be staying and visiting with family in

21 Arkansas for the 4th of July holiday. Mr. Jones is permitted to travel for personal reasons and vacation.

22 Pre-Trial Services does not object to the proposed travel. All other conditions of release are in full force

23 and effect.

24                                         LAWRENCE G. BROWN
                                           Acting United States Attorney
25

26 DATED: June 26, 2009              By /s/ James Terzian
                                         Assistant United States Attorney
27                                       Attorney for Plaintiff

28

DATED: June 26, 2009

                    /s/ Robert W. Rainwater
                    ROBERT W. RAINWATER
                    Attorney for Defendant
                    LARRY DONNELL JONES

**ORDER**

Larry Donnell Jones is hereby permitted to travel from his residence in Anchorage, Alaska on June 30, 2009, for travel to Arkansas, and to return to Anchorage, Alaska, on July 6, 2009. All other conditions of release are in full force and effect.

IT IS SO ORDERED.

**Dated:   June 29, 2009**              **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE