LAWRENCE G. BROWN
Acting United States Attorney
JAMES TERZIAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:07-272 LJO |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING; ORDER |
| LARRY DONNELL JONES, | |
| Defendant. | |

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and James Terzian, Assistant United States Attorney, and Robert Rainwater, counsel for defendant have agreed to continue the sentencing hearing currently scheduled for July 17, 2009 to October 30, 2009.

///

///

///

///

1

1 | Dated: July 10, 2009         /s/ James Terzian
2 |                              JAMES TERZIAN
  |                              Assistant U. S. Attorney
3 |
4 | Dated: July 10, 2009         /s/ Robert Rainwater
  |                              ROBERT RAINWATER
5 |                              Attorney for Defendant
  |                              LARRY DONNELL JONES
6 |
7 | IT IS SO ORDERED.
8 | **Dated:   July 10, 2009**         **/s/ Lawrence J. O'Neill**
  |                                    UNITED STATES DISTRICT JUDGE

2