```
LAWRENCE G. BROWN
United States Attorney
JAMES R. TERZIAN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:07-CR-00272 LJO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION TO CONTINUE |
| ) | SENTENCING AND PROPOSED ORDER |
| LARRY DONNELL JONES, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, James R. Terzian, Assistant United States Attorney for Plaintiff, and Robert Rainwater,

////

////

////

////

////

////

////

////

1

Attorney for Defendant, LARRY DONNELL JONES, that Sentencing hearing currently scheduled for October 30, 2009, at 9:00 a.m. may be continued to January 29, 2010, at 9:00 a.m.

LAWRENCE G. BROWN
United States Attorney

DATED: October 26, 2009           By      /s/ JAMES R. TERZIAN
                                          JAMES R. TERZIAN

DATED: October 26, 2009           By      /s/ ROBERT RAINWATER
                                          ROBERT RAINWATER
                                          Attorney for Defendant,
                                          LARRY DONNELL JONES

**ORDER**

IT IS HEREBY ORDERED, that the Sentencing Hearing currently scheduled for October 30, 2009, at 9:00 a.m. is continued to January 29, 2010, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   October 27, 2009**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE