ROBERT W. RAINWATER, CA. Bar No. 67212
Rainwater Law Group
Designated Counsel for Service
1430 Willamette Street, Suite 492
Eugene, Oregon 97401-4049
Telephone: (541) 344-1785

Counsel for Defendant
LARRY DONNELL JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>LARRY DONNELL JONES,<br>CHRISTINA MICHELLE DAVIS, and<br>ANTONIO LAMAR PRATT<br><br>*Defendant*s. | NO. 1:07-CR-00272 LJO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING, AND ORDER THEREON<br><br>Date:  June 4, 2010<br>Time:  9:00 a.m.<br>Judge: Honorable Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the hearing on the sentencing in the above entitled matter, as to defendant Larry Jones only, previously set for January 29, 2010 at 9:00 a.m., be continued to **June 4, 2010, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant and the government time for further preparation. Mr. Jones plea agreement contains a cooperation agreement which needs to be completed before he can be sentenced. The cooperation agreement is contingent on his co-defendant's case which is currently set for status conference on March 12, 2010. It is both parties best estimate, at this time, that a hearing on June 4, 2010 would allow the necessary time in order to comply with the plea agreement and be prepared for a sentencing hearing.

```
                                              BENJAMIN B. WAGNER
                                              United States Attorney


DATED: January 20, 2010        By:    /s/ James Terzian
                                      JAMES TERZIAN
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff



DATED: January 20, 2010        By:    /s/ Robert W. Rainwater
                                      ROBERT W. RAINWATER
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Larry Donnell Jones
```

## ORDER

IT IS SO GRANTED, as to Larry Donnell Jones only. For the reasons stated above, the court finds that the ends of justice served by the continuance of the sentencing hearing.

IT IS SO ORDERED.

**Dated:   January 20, 2010**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE