1 ROBERT W. RAINWATER, CA. Bar No. 67212
Rainwater Law Group
2 Designated Counsel for Service
1430 Willamette Street, Suite 492
3 Eugene, Oregon 97401-4049
Telephone: (541) 344-1785
4

5

6 Attorney for Defendant
LARRY DONNELL JONES
7

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00272 LJO |
| Plaintiff, | STIPULATION PERMITTING DEFENDANT TO TRAVEL TO ARIZONA; AND ORDER |
| v. | |
| LARRY DONNELL JONES, | |
| Defendant. | Judge: Hon. Sandra M. Snyder |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that Larry Donnell Jones be permitted to travel to Arizona from Anchorage, Alaska on March 18, 2010 and return to Anchorage, Alaska, on March 21, 2010. Mr. Jones will be attending a conference as a delegate for his fraternity in Phoenix, Arizona during that time period. Mr. Jones is permitted to travel for purposes

of attending the conference. Pre-Trial Services does not object to the proposed travel. All other conditions of release are in full force and effect.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: February 11, 2010          By /s/ James Terzian
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

DATED:  February 11, 2010

                                                /s/ Robert W. Rainwater
                                                ROBERT W. RAINWATER
                                                Attorney for Defendant
                                                LARRY DONNELL JONES

**ORDER**

Larry Donnell Jones is hereby permitted to travel from his residence in Alaska on March 18, 2010, for travel to Arizona, and to return to Anchorage, Alaska, on March 21, 2010. All other conditions of release are in full force and effect.

IT IS SO ORDERED.

**Dated:  February 18, 2010**                        /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE