ROBERT W. RAINWATER, CA. Bar No. 67212
Rainwater Law Group
Designated Counsel for Service
1430 Willamette Street, Suite 492
Eugene, Oregon 97401-4049
Telephone: (541) 344-1785

Attorney for Defendant
LARRY DONNELL JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00272 LJO |
| Plaintiff, | STIPULATION PERMITTING DEFENDANT TO TRAVEL TO ALABAMA; AND ORDER |
| v. | |
| LARRY DONNELL JONES, | |
| Defendant. | Judge: Hon. Sandra M. Snyder |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that Larry Donnell Jones be permitted to travel to Huntsville, Alabama from Anchorage, Alaska on April 12, 2010 and return to Anchorage, Alaska, on April 14, 2010. Mr. Jones will be attending a work related training seminar in Huntsville, Alababma during that time period. Mr. Jones is permitted to travel for

purposes of attending the training. Pre-Trial Services does not object to the proposed travel. All other conditions of release are in full force and effect.

BENJAMIN B. WAGNER<br>
United States Attorney

DATED: April 5, 2010                    By /s/ Mark J. McKeon
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

DATED: April 5, 2010

                                        /s/ Robert W. Rainwater
                                        ROBERT W. RAINWATER
                                        Attorney for Defendant
                                        LARRY DONNELL JONES

**ORDER**

Larry Donnell Jones is hereby permitted to travel from his residence in Alaska on or about April 12, 2010, for travel to Alabama, and to return to Anchorage, Alaska, on or about April 14, 2010. All other conditions of release are in full force and effect.

IT IS SO ORDERED.

**Dated:   April 5, 2010**                    /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE