ROBERT W. RAINWATER, CA. Bar No. 67212
Rainwater Law Group
Designated Counsel for Service
1430 Willamette Street, Suite 492
Eugene, Oregon 97401-4049
Telephone: (541) 344-1785

Counsel for Defendant
LARRY DONNELL JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>    v.<br><br>LARRY DONNELL JONES,<br>CHRISTINA MICHELLE DAVIS, and<br>ANTONIO LAMAR PRATT<br><br>    *Defendants*. | NO. 1:07-CR-00272 LJO<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING, AND ORDER<br>THEREON<br><br>Date:  October 15, 2010<br>Time:  9:00 a.m.<br>Judge: Honorable Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the hearing on the sentencing in the above entitled matter, as to defendant Larry Jones only, previously set for June 4, 2010 at 9:00 a.m., be continued to **October 15, 2010, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant and the government time for further preparation.  Mr. Jones plea agreement contains a cooperation agreement which needs to be completed before he can be sentenced. The cooperation agreement is contingent on his co-defendant's case which is currently set for status conference on September 10, 2010. It is both parties best estimate, at this time, that a hearing on October 15, 2010 would allow the necessary time in order to comply with the plea agreement and be prepared for a sentencing hearing.

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 28, 2010 | By:  /s/ Mark J. McKeon<br>MARK J. MCKEON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: May 28, 2010 | By:  /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Larry Donnell Jones |

### ORDER

IT IS SO ORDERED, as to Larry Donnell Jones only. For the reasons stated above, the court finds that the ends of justice served by the continuance of the sentencing hearing.

IT IS SO ORDERED.

**Dated:   May 28, 2010**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE