ROBERT W. RAINWATER, CA. Bar No. 67212
Rainwater Law Group
Designated Counsel for Service
1430 Willamette Street, Suite 492
Eugene, Oregon 97401-4049
Telephone: (541) 854-0357

Counsel for Defendant
LARRY DONNELL JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      *Plaintiff*,<br>   v.<br>LARRY DONNELL JONES,<br>CHRISTINA MICHELLE DAVIS, and<br>ANTONIO LAMAR PRATT<br>      *Defendant*s. | NO. 1:07-CR-00272 LJO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING, AND ORDER THEREON<br><br>Date:   December 10, 2010<br>Time:  9:00 a.m.<br>Judge: Honorable Lawrence J. O'Neill |

### STIPULATION

It is hereby stipulated by and between the parties hereto that the hearing on the sentencing in the above entitled matter, as to defendant Larry Donnell Jones only, previously set for October 15, 2010 at 9:00 a.m., be continued to **December 10, 2010, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant and the defendant time for further preparation for the sentencing hearing.  Mr. Jones's sentencing has been previously continued to follow his co-defendant's case. The government has now indicated it is ready to proceed on Mr. Jones's case independent of his co-defendant's case. Mr. Jones lives in Alaska and must pay for his transportation to court. He is requesting the additional time to make his travel arrangements. This would give him time to save funds for this purpose and to obtain the cheapest possible flight. It is both parties best estimate, at this

time, that a hearing on December 10, 2010 would proceed as scheduled and that Mr. Jones would be sentenced at that time.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 12, 2010     By:   /s/ Mark J. McKeon
                                  MARK J. MCKEON
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

DATED: October 12, 2010     By:   /s/ Robert W. Rainwater
                                  ROBERT W. RAINWATER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  Larry Donnell Jones

**ORDER**

For the reasons stated above, the court finds that the ends of justice are served by the continuance of the sentencing hearing as requested.  This pertains to defendant LARRY DONNELL JONES only.

IT IS SO ORDERED.

**Dated:   October 12, 2010**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE